UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR178 (EBB) |
| v. | : | |
| ORETAGUS EADDY, | : | |
| Defendant. | : | March 31, 2005 |

### SPEEDY TRIAL WAIVER

The defendant, Oretagus Eaddy, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161. In support of this waiver, the defendant represents as follows:

1. He is represented by counsel and has consulted with his counsel regarding this waiver;

2. He understands that by signing this document he will be giving up some of the rights accorded him under the Speedy Trial Act; and

3. He requests that the Court find that a continuance is in the interests of justice and is in the best interests of the defendant pursuant to 18 U.S.C. §3161(h)(8)(A).

He respectfully asks the Court to exclude the time from April 20, 2005 until June 20, 2005 from the speedy trial computation.

_____          April 4, 2005
Oretagus Eaddy                           Date

_____          April 6, 2005
Stephen J. Fitzgerald                    Date

## CERTIFICATION

This is to certify that a copy of the foregoing was served by facsimile and First Class Mail, postage prepaid, on this 7th day of April, 2005, to:

Alina P. Reynolds, Esq.
Assistant United States Attorney
United States Attorney's Office
Federal Building and U.S. Courthouse
915 Lafayette Blvd., Rm 309
Bridgeport, CT 06604

_____
Stephen J. Fitzgerald