

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 11  P 4: 08

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR178(EBB) |
| | : | |
| v. | : | |
| | : | |
| ORETAGUS EADDY, | : | |
| | : | |
| Defendant. | : | April 7, 2005 |

## MOTION OF DEFENDANT EADDY TO FILE MOTION UNDER SEAL

Pursuant to Rule 8 of the Local Rules of Criminal Procedure, defendant Oretagus Eaddy hereby moves to place under seal his Sixth Motion for Extension of Time for Sentencing dated April 7, 2005.

In support of this motion, Defendant states that the document in question contains confidential matters that have not yet been disclosed.

The Government does not object to this Motion.

WHEREFORE, for the foregoing reasons, the defendant moves to place under seal Defendant's Sixth Motion for Extension of Time for Sentencing dated April 7, 2005.

Respectfully submitted,
**ORETAGUS EADDY**

By: _____
Stephen J. Fitzgerald
*Federal Bar No.: ct22939*
GARRISON, LEVIN-EPSTEIN, CHIMES
& RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
sfitzgerald@garrisonlaw.com