UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 3:02CR178 (EBB)** |
| | : | |
| v. | : | |
| | : | |
| **ORETAGUS EADDY,** | : | |
| | : | |
| Defendant. | : | June 30, 2005 |
| | : | |

## MOTION OF DEFENDANT EADDY TO FILE MOTION UNDER SEAL

Pursuant to Rule 8 of the Local Rules of Criminal Procedure, defendant Oretagus Eaddy hereby moves to place under seal his Seventh Motion for Extension of Time for Sentencing dated June 30, 2005.

In support of this motion, Defendant states that the document in question contains confidential matters that have not yet been disclosed.

The Government does not object to this Motion.

WHEREFORE, for the foregoing reasons, the defendant moves to place under seal Defendant's Seventh Motion for Extension of Time for Sentencing dated June 30, 2005.

> Respectfully submitted,
> **ORETAGUS EADDY**
>
> By: /s/ *Stephen J. Fitzgerald*
> Stephen J. Fitzgerald
> *Federal Bar No.: ct22939*
> GARRISON, LEVIN-EPSTEIN, CHIMES
>    & RICHARDSON, P.C.
> 405 Orange Street
> New Haven, CT 06511
> Ph: (203) 777-4425
> Fax: (203) 776-3965
> sfitzgerald@garrisonlaw.com

**CERTIFICATION**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by First Class U.S. mail, postage prepaid, this 30th day of June, 2005, to the following attorneys of record:

Alina P. Marquez, Esq.
Assistant United States Attorney
United States Attorney's Office
Federal Building and U.S. Courthouse
915 Lafayette Blvd., Rm 309
Bridgeport, CT 06604

                                                 /s/ *Stephen J. Fitzgerald*
                                                    Stephen J. Fitzgerald