UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:02CR178 (EBB) |
| | : | |
| v. | : | |
| | : | |
| ORETAGUS EADDY, | : | |
| | : | |
| Defendant. | : | June 21, 2005 |
| | : | |

## SPEEDY TRIAL WAIVER

The defendant, Oretagus Eaddy, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161. In support of this waiver, the defendant represents as follows:

1. He is represented by counsel and has consulted with his counsel regarding this waiver;

2. He understands that by signing this document he will be giving up some of the rights accorded him under the Speedy Trial Act; and

3. He requests that the Court find that a continuance is in the interests of justice and is in the best interests of the defendant pursuant to 18 U.S.C. §3161(h)(8)(A).

He respectfully asks the Court to exclude the time from June 20, 2005 until August 23, 2005 from the speedy trial computation.

_____       _____June 24, 2005_____
Oretagus Eaddy                        Date

_____       _____6/29/05_____
Stephen J. Fitzgerald                 Date

## CERTIFICATION

      This is to certify that a copy of the foregoing was served by facsimile and First Class Mail, postage prepaid, on this 30th day of June, 2005, to:

Alina P. Reynolds, Esq.
Assistant United States Attorney
United States Attorney's Office
Federal Building and U.S. Courthouse
915 Lafayette Blvd., Rm 309
Bridgeport, CT 06604

                                                                                _____
                                                                                 Stephen J. Fitzgerald