UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | NO. 3:02CR178(EBB) |
| v. : | |
| ORETAGUS EADDY, : | |
| Defendant. : | June 30, 2005 |

## MOTION OF DEFENDANT EADDY TO FILE MOTION UNDER SEAL

Pursuant to Rule 8 of the Local Rules of Criminal Procedure, defendant Oretagus Eaddy hereby moves to place under seal his Seventh Motion for Extension of Time for Sentencing dated June 30, 2005.

In support of this motion, Defendant states that the document in question contains confidential matters that have not yet been disclosed.

The Government does not object to this Motion.

WHEREFORE, for the foregoing reasons, the defendant moves to place under seal Defendant's Seventh Motion for Extension of Time for Sentencing dated June 30, 2005.

Respectfully submitted,
**ORETAGUS EADDY**

By: _____
Stephen J. Fitzgerald
*Federal Bar No.: ct22939*
GARRISON, LEVIN-EPSTEIN, CHIMES
& RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
sfitzgerald@garrisonlaw.com