UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No.: 3:02CR178(EBB) |
| | : | |
| ORETEGUS EADDY, a.k.a. "Wes" | : | August 16, 2005 |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. § 5K1.1,
AND TITLE 18, U.S.C. § 3553(e)**

The United States of America, by and through the undersigned Assistant United States Attorneys, moves the Court to depart downward from defendant Oretegus Eaddy's Guidelines sentencing range pursuant to U.S.S.G. § 5K1.1. This motion and the memorandum of law is also filed pursuant to 18 U.S.C. § 3553(e) which, if the sentencing court determines is appropriate, allows the court to sentence the defendant without regard to the statutory minimum ten year term of imprisonment prescribed by 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). The reasons for the government's motion are set forth in the accompanying memorandum of law.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


            By:  MARK RUBINO
                ASSISTANT U.S. ATTORNEY

            For:  ALINA P. REYNOLDS
                ASSISTANT U.S. ATTORNEY
                915 LAFAYETTE BLVD.
                BRIDGEPORT, CT 06604
                (203) 696-3000
                FEDERAL BAR No. CT14968

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, this 16th day of August 2005, to:

Stephen Fitzgerald, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Jacqueline Carroll
United States Probation Officer
141 Church Street
New Haven, CT 06510

_____
Alina P. Reynolds